[No. 46500-7-I.   Division One.   August 7, 2000.]

*In the Matter of the Personal Restraint of* CARL G. ROUSH, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 45423-4-I.   Division One.   August 7, 2000.]

THE BOEING COMPANY, *Appellant*, v. JAMES J. ROONEY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-01314-8, Charles S. French, J., entered September, 27, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Webster, J. Now published at 102 Wn. App. 414.

[No. 44993-1-I.   Division One.   August 7, 2000.]

PANORAMA VILLAGE HOMEOWNERS ASSOCIATION, *Respondent*, v. GOLDEN RULE ROOFING, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-14123-1, Larry A. Jordan, J., entered July 8, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Appelwick, JJ. Now published at 102 Wn. App. 422.

[No. 44685-1-I.   Division One.   August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AUSTIN KEMMLING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-00657-9, Julie Spector, J. Pro Tem., entered May 11,1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Baker, JJ.